Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
(214) 855-9200

```
                    UNITED STATES BANKRUPTCY COURT
                      Northern District of Texas


IN RE:                                          Case No: 04-35114-SAF-13

    WALTER ANTHONY JOHNSON & TONEYA CHANTEL POUNDS

        Debtor(s)

                    Notice to Deposit Unclaimed Funds

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as
unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a
period of ninety days has elapsed since the issuance of these funds and the disbursement
check(s) has/have not been negotiated.

Dispostion of Case: Dismissed

  X    Chapter 13 case was dismissed pre-/post confirmation and there were APD's
       (Authorization for pre-confirmation disbursements) on file.  Final disbursement
       was made to APD creditors, attorney, and trustee with the balance being paid to
       the debtor.

Name of payee on unclaimed check:                Amount:
    Clerk of the Bankruptcy Court FBO            $  1,752.00
    WALTER ANTHONY JOHNSON & TONEYA CHANTEL POUNDS
    2627 OAK BEND

    DALLAS TX 75227


Dated: February 27, 2006                         /s/Thomas D. Powers
                                                 Office of the Standing
                                                 Chapter 13 Trustee

                          Certificate of Service

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was
mailed to the following parties on February 27, 2006

(X)   United States Trustee
      1100 Commerce Street, Room 9C60
      Dallas, TX 75242




(X)   Debtor(s) Attorney of Record:
      HIGGINS AND ALLMAND P C
      112 GOLIAD STREET
      BENBROOK TX 76126                          /s/Thomas D. Powers
                                                 Office of the Standing
                                                 Chapter 13 Trustee
```